UNITED ~~JUDGE KARAS~~ COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LC White Plains Retail, LLC | Plaintiff, |
| -v- | |
| Filene's Basement, Inc. | Defendant. |

08 CIV 6991

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant Filene's Basement, Inc._____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Retail Ventures Inc.

Date:  8/5/08_____

Signature of Attorney

Attorney Bar Code:  ₯F·506 ε