UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LC WHITE PLAINS RETAIL, LLC,

                      Plaintiff,

  -against-

FILENE'S BASEMENT, INC.,

                      Defendant.
------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

08 Civ. 6991 (KMK) (LMS)

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LC White Plains Retail, LLC certifies that White Plains Retail, LLC has no publicly held corporate parents, affiliates and subsidiaries.

Dated: White Plains, New York
         August 28, 2008

                                         DelBello Donnellan Weingarten
                                         Wise & Wiederkehr, LLP
                                         Attorneys for Plaintiff

                                         By: <u>S/ Frank J. Haupel (FH 8281)</u>
                                         One North Lexington Avenue
                                         White Plains, New York 10601
                                         (914) 681-0200
                                         e-mail: fjh@ddw-law.com

TO:
David R. Fertig, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
e-mail: david.fertig@weil.com

1258126
0027528-014

## CERTIFICATE OF SERVICE

      I, FRANK J. HAUPEL, ESQ., an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certifies that on August 28, 2008, I personally caused a copy of the within Federal Rule of Civil Procedure. 7.1 Disclosure Statement to be served by first class mail, postage prepaid and to be electronically filed.

<u>S/ Frank J. Haupel, Esq.</u>

TO:
David R. Fertig, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
e-mail: david.fertig@weil.com

1258126
0027528-014